

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 6, 2017**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CHIQUITA J. BROWN                    Case No: 16-51495-KMS
         Debtor                              Chapter 13 Proceeding

ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER SUSPENDING PAYMENTS INTO CHAPTER 13 PLAN (Docket # 47 )

THIS CAUSE having come on to be considered on the Motion for an Order Suspending Payments into Chapter 13 Plan and appropriate Notice having been given to all interested parties and no Objection or other response having been timely filed and the Court after having considered said Motion is of the opinion that is meritorious, well-taken and should therefore be granted. It is therefore,

ORDERED AND ADJUDGED that the Chapter 13 payments, which includes debtor's ongoing routine mortgage payments, currently past due be and the same suspended for the months of December, 2016; and January and February, 2017; to cure any existing arrearage with the next payment due March, 2017. It is further,

ORDERED AND ADJUDGED that the Trustee shall, if necessary, increase the debtor's plan payments in order for the plan to pay out in the period originally proposed or as modified.

##END OF ORDER##

Prepared by:
David L. Lord (1427)
David L. Lord & Associates, P.A.
808 W. Pine Street
Hattiesburg, MS  39401
Phone: (601)583-6132/Fax: (601)582-5627
Email: lordlawfirm2@bellsouth.net